UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| CHARLOTTE M. WEEMES | ) | CASE NO.  05-14519 |
| | ) | Chapter 13 |
| DEBTOR(S) | ) | |

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

NOTICE IS HEREBY GIVEN that pursuant to 11 U.S.C. Section 347(a) and Fed. Rules of Bankruptcy Procedure Rule 3011, Donald M. Aikman, the Standing Chapter 13 Trustee in this case, has deposited with the Clerk of this Court unclaimed funds to which a creditor is entitled and described as follows:

1. That Trustee has been unable to locate the creditor, Roundup Funding, for whom he holds the sum of $30.37 representing distributions to which said creditor is entitled under the terms of Debtors' confirmed plan.

2. That the creditor's last known address is:  Roundup Funding LLC, MS 550, PO Box 91121, Seattle, WA, 98111-9221.

3. That Trustee has deposited with the Clerk of this Court the said sum of $30.37 for the aforesaid creditor to be disposed of under Chapter 129 of Title 28.

DATED:  March 24, 2011     /s/Donald M. Aikman
Donald M. Aikman, Chapter 13 Trustee
203 West Wayne Street, Suite 400
Fort Wayne, IN  46802
Telephone:  260/422-7062

CERTIFICATE OF SERVICE

The undersigned does hereby certify that on this 24th day March, 2011 he mailed a true and complete copy of the above and foregoing by United States mail, postage prepaid, to the following:

Roundup Funding, MS 550, PO Box 91121, Seattle, WA, 98111-9221
Charlotte Weemes, 1007 Pointe Center Cove, Fort Wayne, IN, 46819

and electronically mailed by the court's ECF system to :

United States Trustee:  ustpregion10.so.ecf@usdoj.gov
Fred Wehrwein:  wehrweinPC@aol.com

                                                              /s/Donald M. Aikman
                                                            Donald M. Aikman